IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2012 AUG -1  PM 12: 15

Frederick A. Sanders, JR                          )   Civil Action No. _____
[Enter the full name of the plaintiff in this action]    )                    (to be assigned by Clerk)
                                                  )
                                                  )        C O M P L A I N T
v.                                                )        State Prisoner
                                                  )
Det. J. Perkins, Sheriff AL Cannon, Jackson       )
Seth Whipper, Det. R. Colson, Det. C. Smith, Charles )
W. Cochran, D. Ashley Pennington, Solicitor Micheal )
Nelson, Lorelle D. Proctor                        )
_____         )
Enter above the full name of defendant(s) in this action )

I.   PREVIOUS LAWSUITS

     A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or
         otherwise related to your imprisonment?          Yes_____       No  ✓

     B.  If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the
         additional lawsuits on another piece of paper using the same outline.

         1.  Parties to this previous lawsuit:

             Plaintiff: _____

             Defendant(s): _____

         2.  Court: _____
                   (If federal court, name the district; if state court, name the county)

         3.  Docket Number: _____

         4.  Name(s) of Judge(s) to whom case was assigned: _____

         5.  Disposition: _____
                        (For example, was the case dismissed? Appealed? Pending?)

         6.  Approximate date of filing lawsuit: _____

         7.  Approximate date of disposition: _____

Complaint - State Prisoner
Revised October 3, 2007

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Al Cannon Detention Center

B. What are the issues that you are attempting to litigate in the above-captioned case? Wrongfully charged, Dafimation of Character, Slander, Forgery; Loss of my 6th, 1st, 5th, 8th, and 14th Amendments; Violation of the Color of State law, Negligence, S.C. 10, Due Process Clause, and FRCP(A)(1)(2)

C. (1) Is there a prisoner grievance procedure in this institution?  Yes ✓   No ___

(2) Did you file a grievance concerning the claims you are raising in this matter?  Yes ✓   No ___

When _____  Grievance Number (if available) _____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?  Yes ___  No ✓

E. When was the final agency/departmental/institutional answer or determination received by you? _____

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?  Yes ___  No ✓

G. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Frederick A. Sanders, Jr.     Inmate No.: 360658

Address: 3841 Leeds Ave.

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: James Perkins     Position: Detective

Place of Employment: Charleston County Sheriff Department

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:
Det. R. Colson - Chas Sheriff Dept / Det. C. Smith - Chas Sheriff Dept / Sheriff - Chas Al Cannon
Lawyer Jackson Seth Whipper - Chas / D. Ashley Pennington - 9th Circuit Public Defender
Lorelle D. Proctor - Deputy Public Defender / Charles W. Cochran - Public Defenders Office
Solicitor - Micheal Nelson - Charleston County

Complaint - State Prisoner
Revised October 3, 2007

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Good evening, mourning, or afternoon

Det. J. Perkins told me that my charges would be dropped, exspungment of charges off my record, I'll be release in two weeks to a month, He's putting me in jail so no one would know who came forth. Told him I was in and apartment and Travaris Walker enter with a gun forceing me to do things I didn't want to. And Travaris ultamately killed Marquis Richardson in Lincolnville S.C. Told him this in the interrogation room to clear my name, fear of my life, and it's the right thing to do. He took me on 3505 Pinehaven Drive, let me use his cell phone of 906-2042, and told me he know im innocence and will be out soon. My third day in booking he wrongfully charged me with accessory before and after murder. He said it was due to my co-defendents rolling over on me. And he believe them over me, when they were charge with obstruction of justice, and Im the sole person who reported the murder. Travaris Walker made me throw my phone out the window, and I told Det. J Perkins where it was. To show him I was telling the truth. Because Travaris Walker made me turn it off, and take the battery out. So when I put my battery back in my phone he caught me and my life flash before my eyes. Ever since the murder I fear for my life. Told Det. Perkins he told Latesha Mccall to go to Total Wyne right after he kill that man, so he could get the tape. Det. Perkins, Det. R. Colson, Det. C. Smith didn't even look for this key evidence supporting my truth of innocence. Feared for the life of my family, friends, and my own.

IV. STATEMENT OF CLAIM - continued.

In the interrogation room and in several letters I wrote him. Telling him the things I couldn't remember in the interrogation room. It was alot of pressure on me and I just couldn't remember everything at the time, but when I did I wrote him alot. The trigger man is in the Blood gang and I told Det. Perkins and the Detectives that also. Every bodies was going to say I'm a snitch, want to hurt me, but I didn't care cause he didn't have no right to force me and kill that man for something pety. Even before Det. Perkins told me the first person to tell what happen is going to be believed I told him the truth. Knowing I'm innocence, and had nothing to hid. So I'm sitting in a dorm with no bond falsely charge do to these torts.

Lawyer Jackson Seth Whipper
He was assigned to me on Jan 17, 2012, and totally neglected by to the point I had to hired a paid attorney. He never visited me, wrote back, or let me or my family know well I have a court date. Court dates are vital to my truth dismissal of charges, or a bond. What kind of lawyer don't notifly the client of a very important court date. So he can tell the truth and be represented by his family, friends employees, and Spiritual advisors. He said how I get a lawyer so fast and didn't even know my name.

Statement of Claim - continued   (1)

Public Defenders Office

D. Ashley Pennington, Charles. W. Cochran, Lorelle. D. Proctor notifly inmates of there preliminary hearing. By sending them a via hand delivery courtdate paper on when and what time court is. But I was not sent this paper twice. That paper is the most important thing to me. It would have let me have my family there, friends, or anybody who cares about me there. But I was not notified with these serious charges, me being innocence, and being in jail is not safe.

Sheriff Al Cannon

First off he should make sure his Detectives are doing there job. He should make sure this county jail is running properly and the inmates are being treated under the constitutional rights. The jail officials here wont give me the hard copies of my grivances. They wont give me a substitute for the meat on my vegatarian tray. Entire water system from water fountain, shower, toilent, was brown for three days straight. CO's harassed me and move me to the exact dorm where my co-defendent was prior. Because I wrote a grivance on the water. After my co-defendent slander my name amongst gang members. Knowing I told Det. Perkins the triggerman is a blood. Putting me in a cell with a cobra. But if your ways please God he'll make your enemies to be at peace with you. (Proverbs 16-7). Somebody forged my name on all of my arrest warrents. The intercom has been down from June 4, 2012 to June 14, 2012. So I can't call for help or if I have any health issues, can't call nobody. I've exhasted the grivance procedure for this jail. I've been indirectly threaten from the CO's through a inmate.

②Saying if I keep saying I don't have a substitute for meat there going to move me to LA Solitarie lockdown.

Solicitor- Micheal Nelson

This Solicitor has a very detail in depth description of my situation. But he say's he dont believe me. They have released on bond the driver Latesha McCall on bond. She had obstruction of Justice and more charges than me. Might I remind you I'm the one who told the truth first off and is innocence. They release on bond the trigger man. Who had charges of Trafficking, Murder kidnapping, trespassing etc. That put my family in direct danger of a psychopathic killer. And this is after I told them, who, what, and when. Letting them out on bond and having me still in here with a no-bond and im innocence. That's a punch, kick, and spit in my face. Now I'm in jail praying to Jesus that nothing happens to my family and friends. The loss of any Amendment freedoms, for even minimal periods of time unquestionably constitutes as irreparable injury. Im a law abiding citizen who was forced with a gun to do things against his will. Still with chastisement from everyone, fearing for my life, nobody believing me, I reported the crime. Nobody call, walk, and reported the crime but me. And since then even the authorities have been treating me like a outcasts. Lawyers, solicitor, CO's, Detectives, Sheriff and even Judges. I'm a sinner and I have been in trouble for a tiny misdemeanor. But I have no felonies at all. My record shows fifteen yrs of work history, registered voter, selected for a federal jury pool in Columbia, S.C, finish high high school, some college. All my co-defendents put together don't show that, in there records.

③ So how could they not believe me, then charged me with the stuff I told them, that they said they dont believe. Seven months later, I've never beeen in jail this long. Life in jail can be dehumanizing, your assigned a number, force to wear a uniform, follow countless rules, vulnerable to abuse by officials and other inmates. These critical mistakes costed me irreverseable affects in my life. Now the killer is out committing a scheme, when Det. Perkins said he'll get out when he's a old man.

Under the Declaration of Factual Innocence I did not commit a crime. The Detectives just falsely charge me believing obstrustiones over the eye witness who is a law abiding citizen.

Could have lost my women, family, and friends with these torts committed against me. Soon as Travaris Walker came in with the gun I was a victim of force.

People who cooperate with police or prison officials, sometimes call snitches are always at risk. These officials knew this and they move me to the exact dorm where my name was being slander amongst gang members with total deliberate indefference.

I'm just being subjected to cruel and unusual punishment. This is a very brief and light description of these torts committed against me. My ont going and in coming mail is being tamper with even legal, since I've arrived. There is irrefutable proof of the defendents liability, its undisputable.

(5) Talked to my lawyer Aaron Mayer on July 19, 2012. He showed me a statement from on of Travaris Walker cellmates. It stated that Travaris Walker was going to spitefully lie and write false allegations on me and Domingue Wilson my co-defendents. Travaris claim nothing happen so how could Travaris cellmate say that, if nothing happen as Travaris stated. That Statement from his cellmate shows that he lie to the Detectives, Solicitor, and Judges. Because if nothing occur he wouldnt have told his cellmate that. His cellmates statement also proves that Latesha McCall is also lieing about her statements. I have told the truth from the start. I was forced into that situation with a gun by Travaris Walker. My other co-defendents Domingue Wilson is also sign a statement stating I was force, didnt hurt anybody, and was forced with a gun. (My lawyer has statements) I was just at court and Micheal Nelson said he was going to indict me for murder. The only reason he can indict me is if he didnt know who killed Marquis Richardson. He clearly said on 7/20/12 at court Travaris was the triggerman. Elizabeth a witness stated Travaris carry Marquis at gun point, Domingue Wilson stated I'm innocent and was force with a gun by Travaris, the cellmate of Travaris stated he told him about the incident and was going to write statements spitefully falsely on me. After he said nothing happen proving his guilt and lies. And I told the authorities exactly what happen to clear my name, and prove my innocence.

⑤ This court is the most powerful court in South Carolina and clearly Micheal Nelson and Det. Perkins are wrongfully accusing me of this crime. Det. Perkins just lied to me in booking and charged me falsely. Now there trying to save there butts by trying to wrongfully indict me. When they know who murder Marquis. God forbid that happen by this courts power but if it does. Travaris Walker would be the only one on the street and everybody re arrested. My bond money down the drain and Travaris is the trigger man. The Solicitor Micheal Nelson said at court and the stenographer has it write down. Travaris Walker is the triggerman. Please help a innocence man whos was forced, reported the crime, was lied to, and is being falsely accused on spite and purposely being framed. God bless in the name of Jesus Christ.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

Plaintiff respectfully prays that this court. Declare that the acts and omissions described herein violated plaintiffs rights under the Constitution and law of the United States.
Order Defendents to pay compensatory, punitive, and nominal damages of 5,000,000.
Order Defendents to pay reasonable attorney fees and costs, pain and suffering, commissary cost, embarked phone minutes cost, lost of job opportunity; And grant other just and equitable relief that this Super Honorable court deems necessary.
Deny the defendents request for a motion of summary judgement, motion of dismissal, and Rule 12(F).
Also asking that this courts terminate there wrongfully Indictment.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __Friday__ day of __July, 20__ , 20 __12__ .

_Frederick A. Sanders Jr._
*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007