UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frederick A. Sanders, Jr., ) | C/A No. 1:12-2170-DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Det. J. Perkins; Sheriff Al Cannon; Jackson Seth ) | |
| Whipper; Det. R. Colson; Det. C. Smith; Charles ) | |
| W. Cochran; D. Ashley Pennington; Solicitor ) | |
| Michael Nelson; Lorelle D. Proctor, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff is a pretrial detainee at the Charleston County Detention Center. Proceeding *pro se,* he filed a complaint pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights. By order dated August 23, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

September 21, 2012                                                 David C. Norton
Charleston, South Carolina                                     United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.